KEY BELLEVILLES, INC., a
Pennsylvania Corporation

v.

Frank E. BALLINA, an individual; William S. Fiorina, an individual; and Belleville International, LLC., a Pennsylvania Limited Liability Company

Petition of: Belleville International, LLC

No. 179 WAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Devon KNOX, Petitioner

No. 267 WAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

Tammy GREELY, Administratrix of the Estate of Ralph Greely, Deceased, Respondent

v.

WEST PENN POWER COMPANY and West Penn Power Company d/b/a Allegheny Power, Petitioner

No. 196 WAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.